# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2019

## NO. 03-18-00582-CV

**Audria Edmond, Appellant**

**v.**

**Summit Ridge Apartments, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on August 1, 2018. Having reviewed the record, the Court holds that Audria Edmond has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.